# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHARLES LAZONE HOLLYWOOD**                                              **PETITIONER**
**Reg #35787-044**

**VS.**                    **CASE NO.: 2:14CV00149 JM/BD**

**C. V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections filed by Mr. Hollywood, including a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Charles Lazone Hollywood's petition for writ of habeas corpus (#1) is DISMISSED without prejudice, this 11th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE